**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ESTATE OF RHEA S. NEEDLE, POWER OF ATTORNEY | : No. 65 EAL 2023 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: MICHAEL NEEDLE AND WILLIAM NEEDLE | : from the Order of the Superior Court |
| | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.